# UNITED STATES DISTRICT COURT

## Eastern District of Arkansas

UNITED STATES OF AMERICA

V.

ANTHONY LAMONT RANDLE

| | |
|---|---|
| Case Number: | 4:06-CR-00205-02-JMM |
| USM Number: | 24195-009 |

**Date of Original Judgment:**  April 24, 2009

**Date of Previous Amended Judgment:** N/A
*(Use Date of Last Amended Judgment if Any)*

Justin Eisele
Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of **X** the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.
    X GRANTED and the defendant's previously imposed sentence of imprisonment of
        200 months **is reduced to 161 months.**

Except as provided above, all provisions of the judgment dated April 24, 2009 will remain in effect.

**IT IS SO ORDERED.**

Order Date: December 12, 2011

James M. Moody
United States District Judge